[65 NE3d 1286, 43 NYS3d 251]

JUSTIN NAZARIO, Respondent, v 222 BROADWAY, LLC, et al., Respondents. 222 BROADWAY, LLC, et al., Third-Party Plaintiffs-Respondents, v KNIGHT ELECTRICAL SERVICES CORP., Third-Party Defendant-Appellant. (And Other Third-Party Actions.)

Decided November 21, 2016

### APPEARANCES OF COUNSEL

*O'Connor Redd LLP*, Port Chester (*Amy L. Fenno* of counsel), for third-party defendant-appellant.

*Arye, Lustig & Sassower, P.C.*, New York City (*D. Carl Lustig, III* of counsel), for Justin Nazario, respondent.

*Lawrence, Worden, Rainis & Bard, P.C.*, Melville (*Leslie McHugh* of counsel), for 222 Broadway, LLC, and another, respondents/third-party plaintiffs-respondents.

*Cerussi & Spring*, White Plains (*Thomas F. Cerussi* of counsel), for Lime Energy Co., respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division, insofar as appealed from, should be modified, without costs, by denying plaintiff's motion for partial summary judgment on the issue of liability on his Labor Law § 240 (1) claim and remitting the case to the Appellate Division for consideration of the issues raised but not determined on the appeal to that Court, and, as so modified, affirmed, and the certified question should be answered in the negative.

Plaintiff is not entitled to summary judgment under Labor Law § 240 (1). While using an A-frame ladder, plaintiff fell after receiving an electrical shock. Questions of fact exist as to whether the ladder failed to provide proper protection, and whether plaintiff should have been provided with additional safety devices (*see Blake v Neighborhood Hous. Servs. of N.Y. City*, 1 NY3d 280, 287 [2003]; *Barreto v Metropolitan Transp. Auth.*, 25 NY3d 426 [2015], *rearg denied* 25 NY3d 1211 [2015]). Defendants Lime Energy Co. and Jones Lang LaSalle Americas, Inc. were properly granted summary judgment on their contractual indemnification claims against Knight Electrical Services Corp.

Chief Judge DIFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, modified, without costs, by denying plaintiff's motion for partial summary judgment on the issue of liability on his Labor Law § 240 (1) claim and remitting the case to the Appellate Division, First Department, for consideration of is-

sues raised but not determined on the appeal to that Court, and, as so modified, affirmed, and certified question answered in the negative, in a memorandum.